ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>APPROXIMATELY $9,800.00 IN U.S. CURRENCY,<br><br>              Defendant. | 2:26-MC-00107-DJC-CSK<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant John Binder ("claimant"), by and through their respective counsel, as follows:

1.      On or about December 29, 2025, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to the Approximately $9,800.00 in U.S. Currency (hereafter "defendant currency"), which was seized on October 15, 2025.

2.      The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is March 29, 2026.

4.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to May 28, 2026, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.    Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 28, 2026.

Dated: 3/27/2026

ERIC GRANT
United States Attorney

By:    /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 3/26/2026

/s/ Jacek W. Lentz
JACEK W. LENTZ
Attorney for potential claimant
John Binder

(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: March 30, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE